IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVAN GARCIA OLIVER,

        Plaintiff,

v.

LAKE COUNTY JAIL, et al.,

        Defendants.
                                     /

No. CV-09-5403 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice.

Dated: June 2, 2010

                                                Richard W. Wieking, Clerk

                                                By: <u>Tracy Lucero</u>
                                               <u>Deputy Clerk</u>